

**T**HE **C**ITY OF **N**EW **Y**ORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**Carolyn K. Depoian**
Special Assistant Corporation Counsel
phone: (212) 788-0430
fax: (212) 788-9776
email: cdepoian@law.nyc.gov

October 26, 2011

**BY ECF**
Honorable Roanne L. Mann
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Derrick Reason v. The City of New York, et al.</u>,
11 CV 2736 (SLT)(RLM)

Your Honor:

I am the Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department assigned to the defense of the City of New York and Police Officer Tyron Saxon in the above-referenced matter. I am writing to respectfully request an adjournment of the initial conference currently scheduled for Friday, October 28, 2011 at 11:30 a.m., until a future date convenient to the Court.

I have not been able to contact plaintiff's counsel, Robert Marinelli, Esq., at this time, however, it is not anticipated he will object to this request. This is defendants' first request for an adjournment of this conference, and defendants respectfully submit that the proposed enlargement will not affect any scheduled dates.

I apologize to the Court for this belated request, however a last minute scheduling conflict has arisen that cannot be avoided. It is respectfully requested that the Court grant the within request adjourning the initial conference until a further date convenient to the Court.

Thank you for your consideration of this request.

Respectfully submitted,

/s

Carolyn K. Depoian
Special Assistant Corporation Counsel

cc:     BY ECF
        Robert Marinelli, Esq.
        *Attorney for Plaintiff*
        305 Broadway, 14th Floor
        New York, NY 10007
        (212) 822-1427