**ROANNE L. MANN**  
**UNITED STATES MAGISTRATE JUDGE**

DATE:   11/09/11  
START:   10:30 a.m.  
END:   11:80 A.M.

DOCKET NO:   11-CV-2736 (SLT)

CASE:   Reason v. The City of New York, et al.

✓ INITIAL CONFERENCE  
___ DISCOVERY CONFERENCE  
___ SETTLEMENT CONFERENCE  
___ OTHER/ORDER TO SHOW CAUSE  
___ FINAL/PRETRIAL CONFERENCE  
___ TELEPHONE CONFERENCE

FOR PLAINTIFF:   Failed to appear

FOR DEFENDANT:   Carolyn Depoian  
Rachel Seligman-Weiss

FACT DISCOVERY TO BE COMPLETED BY   4/27/12

✓ NEXT settlement CONFERENCE SCHEDULED FOR   1/18/12   10:00 AM

___ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY ___

___ PL. TO SERVE DEF. BY: ___   DEF. TO SERVE PL. BY: ___

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Plaintiff's counsel, who failed to appear, shall show cause, via ECF, by November 14, 2011, why sanctions should not be imposed. Plaintiff shall serve his automatic disclosure by November 10, 2011. Pleadings may be amended and new parties added until November 28, 2011.